## STATEMENT OF FACTS

On August 30, 2019, at approximately 4:51 p.m., Metropolitan Police Department ("MPD") 7th District Crime Suppression Team ("CST") Officers executed D.C. Superior Court Search Warrant No. 2019-CSW-4587 at 2330 Good Hope Rd SE, Apt No. 615, in Washington, D.C. MPD Sergeant Atcheson conducted a knock and announce at the door. No one answered the door, so CST entered the apartment. Inside of the apartment, officers located Hartley James Lee (the "defendant") in the living area of the studio apartment. The defendant was the sole occupant of the residence.

Pursuant to the search warrant, officers conducted a search of the studio apartment, which only had a single bed and a single couch (and no separate bedroom). Inside of a shoe box found in a closet, law enforcement located and seized a black Glock 19, 9mm pistol, Serial Number MHC605 with laser attachment. The pistol had one round chambered and 10 rounds in the magazine. Officers who inspected the pistol observed the firearm appeared to be fully functional, capable of expelling a projectile by means of an explosive action, having a barrel of less than 12 inches, and the ability to be fired by the use of a single hand.

MPD Officers, having had previously seen the defendant's public Instagram account, knew that the defendant had possessed a firearm within the last 72 hours and posted a video to that effect on his Instagram page. The firearm recovered in the studio apartment appeared to be consistent with the firearm that was observed on the defendant's Instagram account.

In the living room of the apartment, law enforcement located a plastic Glock pistol case with an extended magazine filled with 30 rounds of 9mm ammunition and 12 rounds of loose 9mm ammunition.

A search of the kitchen resulted in the discovery of 12 small baggies containing a tan powder substance, which field-tested positive for the presence of opiates. The baggies or zips are similar in appearance to that of single dose heroin packages. Two small digital scales, sandwich bags and vacuum sealer bags were also found in the residence.

Finally, in the studio apartment, law enforcement recovered mail matter—a court document—addressed to the defendant at the address above (2330 Good Hope Rd SE, Apt No. 615). Officers observed a photograph of the defendant with what appears to be his daughter in the residence too. A closet with children's toys was also found in the residence.

The defendant was taken into custody and transported to the MPD's 7th District where he was interviewed. The defendant was advised of his *Miranda* rights and agreed to waive his rights and speak to law enforcement. During the course of this interview, the defendant made the following

statements (this is not a verbatim transcript, but rather a brief summary of the nature of the conversation):

- He stated that the apartment belonged to his cousin, but that he had been living in the residence since approximately June of 2019;
- He knew the seized Glock was in the bedroom closet and he has handled that gun recently;
- He admitted that he has handled at least two guns during the past week;
- According to the defendant, he handles real loaded guns when videotaping himself rapping in the residence;
- The gun found in his home is used for his protection and the protection of anyone in the residence;
- He acknowledged that he previously pled guilty to a Maryland gun charge and was sentenced to three years. The sentence was suspended and he is currently on probation;
- He knew that he was not allowed to be handling or in the possession of any firearms.

This interview was memorialized via video-recording.

A criminal history check of the defendant using the Maryland Circuit Court online records database revealed that in case CT180859X, the defendant pled guilty to a firearms violation on October 5, 2018 (Unauthorized Removal of Property – Firearm and Transport Handgun on Roadway) and was subsequently sentenced to two years' and one year' incarceration respectively on each charge, which was all suspended. The defendant was placed on three years of supervised probation. A WALES/NCIC check revealed that the defendant does not have any firearms registered under his name. The firearm recovered in his apartment was unregistered.

Based on the evidence described above, I believe there is probable cause to believe that the defendant unlawfully possessed a firearm after having been previously convicted of a crime punishable by more than one year imprisonment, in violation of 18 U.S.C. § 922(g)(1).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 based on information communicated by telephone on this 31st day of August 2019.

OFFICER VINCENT ALTIERE
METROPOLITAN POLICE
DEPARTMENT

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 31, 2019

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE